# ALABAMA COURT OF CRIMINAL APPEALS



April 25, 2025

**CR-2024-0419**

Jonathan Yancey v. State of Alabama (Appeal from Lee Circuit Court: CC-15-646.61)

## <u>NOTICE</u>

You are hereby notified that on April 25, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk